The Honorable Judge Bell,

Please allow me to accept full responsibility for all that I am accused.
I have hurt many people that loved me and lost everything that I worked for.
I plead forgiveness to everyone that I hurt. I allowed Satin to sneak into my life.
I had two wonderful parents that raised me a Christian, but I never made enough time for God. I always put my work first.
I think being incarcerated helped to save my soul. I found time to finally read the bible (3 times now). All I want to do now is live for God and help others to hear his word.
Thank you for taking your time to read this.

Sincerely
Kelly Sorter