FILED: October 9, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-4540
(5:24-cr-00006-KDB-SCR-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KELLY LEE SETZER

        Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
|---|---|
| Originating Case Number | 5:24-cr-00006-KDB-SCR-1 |
| Date notice of appeal filed in originating court: | 10/07/2025 |
| Appellant(s) | Kelly Lee Setzer |
| Appellate Case Number | 25-4540 |
| Case Manager | M. Powers 804-916-2702 |